# Court of Appeals
# of the State of Georgia

ATLANTA,___December 17, 2014___

*The Court of Appeals hereby passes the following order:*

**A15A0636.  MIKE LAYER v. BARROW COUNTY, et al.**

Mike Layer filed a civil action against numerous defendants, including Barrow County, alleging, generally, that they had breached an agreement as to their use of his sewer pump station. As part of his action, Layer sought mandamus relief. After the trial court granted the defendants' motions to dismiss, Layer filed this appeal.

The Supreme Court has exclusive appellate jurisdiction over all cases involving extraordinary remedies, including mandamus. See Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (5). Because this case involves the denial of a request for mandamus relief, jurisdiction lies in the Supreme Court. See *Ladzinske v. Allen*, 280 Ga. 264 (626 SE2d 83) (2006). Accordingly, this appeal is hereby TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,___12/17/2014___*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*